**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAQUELYN MARIE ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant | Case No.: 5:26-cv-02628-SSC<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,525.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation. Fees shall be made payable to Jaquelyn Marie Anderson ("Anderson"), but if the Department of the Treasury determines that Anderson does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made

directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Anderson.

DATE: October 29, 2026

THE HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Matthew F. Holmberg*

BY: ______________________
Matthew F. Holmberg
Attorney for plaintiff Jaquelyn Marie Anderson